UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AQUA PRODUCTS, INC.. | : | Civil Action No.: 05-5856(SRC) |
| Plaintiff, | : | |
| v. | : | **NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO F.R.C.P. 12(b)(6) AND F.R.C.P. 9(b)** |
| SMARTPOOL, INC. and RICHARD HOLSTEIN, | : | |
| Defendants. | : | Hearing Date: April 17, 2006 at 9:00 a.m. |

TO:   **MARY SUE HENIFIN, ESQ.**
        **TOD S. CHASIN, ESQ.**
        Buchanan Ingersoll, PC
        700 Alexander Park, Suite 300
        Princeton, NJ 08540
        Attorneys for Defendants,
        Smartpool, Inc. and Richard Holstein

**PLEASE TAKE NOTICE** that on the 17th day of April, 2006, at 9:00 A.M., or as soon thereafter as counsel may be heard, plaintiff, Aqua Products, Inc., and counterclaim defendants, Joseph Porat and Giora Erlich, shall move before the United States District Court for the District of New Jersey at the U.S. Federal Building & Courthouse, 402 East State Street, Trenton, New Jersey, for an Order dismissing Defendants' Third, Fourth, Fifth, Seventh and Fifteenth Counterclaims pursuant to Fed. R. Civ. P. 12(b)(6), and dismissing Defendants' Third Affirmative Defense for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 9(b).

38254_2

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff will rely upon the Memorandum of Law submitted herewith. A proposed form of Order is submitted herewith.

SHAPIRO & CROLAND
Attorneys for Plaintiff,
Aqua Products, Inc.


By:/s/ Robert P. Shapiro
    ROBERT P. SHAPIRO (RPS-1631)
    Shapiro & Croland
    411 Hackensack Avenue
    Hackensack, NJ 07601
    (201) 488-3900


Dated: March 16, 2006