**SHAPIRO & CROLAND**
Robert P. Shapiro (RPS-1631)
David O. Marcus (DOM-3405)
Continental Plaza II
411 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-3900
(201) 488-9481 (facsimile)

**ABELMAN FRAYNE & SCHWAB**
Jeffrey A. Schwab (JAS-9592)
Michael Aschen (MA-6336)
Anthony J. DiFilippi (AJD-7870)
666 Third Avenue
New York, New York 10017
(212) 949-9022

*Counsel for Plaintiff/Counterclaim-Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AQUA PRODUCTS, INC., <br><br> *Plaintiff,* <br><br> -against- <br><br> SMARTPOOL, INC. and <br> RICHARD HOLSTEIN, <br><br> *Defendants.* | Civil Action No. 05-5856 |

**AQUA PRODUCTS, INC.'S, JOSEPH PORAT'S AND GIORA ERLICH'S**
**REPLY TO DEFENDANTS' COUNTERCLAIMS**

The plaintiff / counterclaim defendant, Aqua Products, Inc. ("Aqua Products"), and counterclaim defendants Joseph Porat ("Porat") and Giora Erlich ("Erlich"), by their attorneys, Shapiro & Croland and Abelman, Frayne & Schwab, hereby reply to the defendants' counterclaims set forth in their Answer, Affirmative Defenses and Counterclaims (document 10-1) ("Defendants' Counterclaims") as follows:

1.      In response to counterclaim paragraph 1 of Defendants' Counterclaims, Aqua Products, Porat and Erlich (collectively hereinafter "Aqua Products") states that the paragraph seeks a legal conclusion and therefore no response is required. To the extent a response is deemed necessary, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in the counterclaim paragraph 1 and therefore denies the same.

2.      In response to counterclaim paragraph 2 of Defendants' Counterclaims, Aqua Products states that the paragraph seeks a legal conclusion and therefore no response is required. To the extent a response is deemed necessary, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in the counterclaim paragraph 2 and therefore denies the same.

3.      In response to counterclaim paragraph 3 of Defendants' Counterclaims, Aqua Products states that the paragraph seeks a legal conclusion and therefore no response is required. To the extent a response is deemed necessary, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in the counterclaim paragraph 3 and therefore denies the same.

4.      In response to counterclaim paragraph 4 of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in the counterclaim paragraph 4 and therefore denies the same.

5.      In response to counterclaim paragraph 5 of Defendants' Counterclaims, Aqua Products admits only that, upon information and belief, defendant Smartpool is a manufacturer and distributor of robotic pool cleaners. Aqua Products is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the remaining allegations set forth in the counterclaim paragraph 5 and therefore denies the same.

6. In response to counterclaim paragraph 6 of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in the counterclaim paragraph 6 and therefore denies the same.

7. Aqua Products admits the allegations set forth in counterclaim paragraph 7 of Defendants' Counterclaims.

8. Aqua Products admits the allegations set forth in counterclaim paragraph 8 of Defendants' Counterclaims.

9. Aqua Products admits the allegations set forth in counterclaim paragraph 9 of Defendants' Counterclaims.

10. Aqua Products admits the allegations set forth in counterclaim paragraph 10 of Defendants' Counterclaims.

11. In response to counterclaim paragraph 11 of Defendants' Counterclaims, Aqua Products admits only that, upon information and belief, defendant Smartpool manufactures and distributes robotic pool cleaners. Aqua products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the remaining allegations set forth in counterclaim paragraph 11 and therefore denies the same.

12. In response to counterclaim paragraph 12 of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in counterclaim paragraph 12 and therefore denies the same.

13. In response to counterclaim paragraph 13 of Defendants' Counterclaims, Aqua Products admits only that upon information and belief that defendant Smartpool sells robotic pool cleaners in connection with the names "Robo-Kleen" and "Dolphin." Aqua Products further states that it is without sufficient knowledge or information upon which to form a belief as to the truth or

falsity of the remaining allegations set forth in counterclaim paragraph 13 and therefore denies the same.

14.    In response to counterclaim paragraph 14 of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in counterclaim paragraph 14 and therefore denies the same.

15.    In response to counterclaim paragraph 15 of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in counterclaim paragraph 15 and therefore denies the same.

16.    Aqua Products denies the allegations set forth in counterclaim paragraph 16 of Defendants' Counterclaims.

17.    Aqua Products denies the allegations set forth in counterclaim paragraph 17 of Defendants' Counterclaims.

18.    Aqua Products denies the allegations set forth in counterclaim paragraph 18 of Defendants' Counterclaims.

19.    Aqua Products denies the allegations set forth in counterclaim paragraph 19 of Defendants' Counterclaims.

20.    Aqua Products denies the allegations set forth in counterclaim paragraph 20 of Defendants' Counterclaims.

21.    In response to counterclaim paragraph 21 of Defendants' Counterclaims, Aqua Products admits that it is the assignee of U.S. Patent 6,742,613 (the "613 Patent").

22.    In response to counterclaim paragraph 22 of Defendants' Counterclaims, Aqua Products admits that it is the assignee of U.S. Patent 6,099,658 (the "658 Patent").

23.    In response to counterclaim paragraph 23 of Defendants' Counterclaims, Aqua Products admits that it is the assignee of U.S. Patent 6,758,226 (the "226 Patent").

24.    Aqua Products denies the allegations set forth in counterclaim paragraph 24 of Defendants' Counterclaims.

25.    Aqua Products denies the allegations set forth in counterclaim paragraph 25 of Defendants' Counterclaims.

26.    Aqua Products denies the allegations set forth in counterclaim paragraph 26 of Defendants' Counterclaims.

27.    In response to counterclaim paragraph 27 of Defendants' Counterclaims, Aqua Products denies that the '613 Patent is invalid, unenforceable or void.  Aqua Products further states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the remaining allegations set forth in counterclaim paragraph 27 and therefore denies the same.

28.    In response to counterclaim paragraph 28 of Defendants' Counterclaims, Aqua Products denies that the '658 Patent is invalid, unenforceable or void.  Aqua Products further states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the remaining allegations set forth in counterclaim paragraph 28 and therefore denies the same.

29.    In response to counterclaim paragraph 29 of Defendants' Counterclaims, Aqua Products denies that the '226 Patent is invalid, unenforceable or void.  Aqua Products further states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the remaining allegations set forth in counterclaim paragraph 29 and therefore denies the same.

30.    Aqua Products denies the allegations set forth in counterclaim paragraph 30 of Defendants' Counterclaims.

31.     In response to counterclaim paragraph 31 of Defendants' Counterclaims, Aqua Products states that the paragraph sets forth only the relief sought by defendants through their counterclaims and seeks a legal conclusion and therefore no response is required. To the extent a response is deemed necessary, Aqua Products denies the allegations set forth in counterclaim paragraph 31.

32.     In response to counterclaim paragraph 32 of Defendants' Counterclaims, Aqua Products states that the paragraph sets forth only the relief sought by defendants through their counterclaims and seeks a legal conclusion and therefore no response is required. To the extent a response is deemed necessary, Aqua Products denies the allegations set forth in counterclaim paragraph 32.

33.     In response to counterclaim paragraph 33 of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in counterclaim paragraph 33 and therefore denies the same.

34.     In response to counterclaim paragraph 34 of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in counterclaim paragraph 34 and therefore denies the same.

35.     In response to counterclaim paragraph 35 of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in counterclaim paragraph 35 and therefore denies the same.

36.     In response to counterclaim paragraphs 36(A) and 36(B) of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in counterclaim paragraphs 36(A) and 36(B) and therefore denies the same.

37.    In response to counterclaim paragraph 37 of Defendants' Counterclaims, Aqua Products states that the paragraph seeks a legal conclusion and therefore no response is required. To the extent a response is deemed necessary, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in the counterclaim paragraph 37 and therefore denies the same.

38.    Aqua Products denies the allegations set forth in counterclaim paragraph 38 of Defendants' Counterclaims.

39.    In response to counterclaim paragraph 39 of Defendants' Counterclaims, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in counterclaim paragraph 39 and therefore denies the same.

40.    Aqua Products denies the allegations set forth in counterclaim paragraph 40 of Defendants' Counterclaims.

41.    Aqua Products denies the allegations set forth in counterclaim paragraph 41 of Defendants' Counterclaims as phrased.

42.    Aqua Products denies the allegations set forth in counterclaim paragraph 42 of Defendants' Counterclaims.

43.    Aqua Products denies the allegations set forth in counterclaim paragraph 43 of Defendants' Counterclaims.

44.    Aqua Products denies the allegations set forth in counterclaim paragraph 44 of Defendants' Counterclaims.

45.    Aqua Products denies the allegations set forth in counterclaim paragraph 45 of Defendants' Counterclaims.

46.    Aqua Products denies the allegations set forth in counterclaim paragraph 46 of Defendants' Counterclaims.

**Response to Defendants' First Counterclaim**
**Declaratory Judgment of Non-Infringement**

47.    In response to counterclaim paragraph 47 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 44 of Defendants' Counterclaims as if fully set forth herein.

48.    Aqua Products denies the allegations set forth in counterclaim paragraph 48 of Defendants' Counterclaims.

49.    Aqua Products denies the allegations set forth in counterclaim paragraph 49 of Defendants' Counterclaims.

50.    Aqua Products denies the allegations set forth in counterclaim paragraph 50 of Defendants' Counterclaims.

**Response to Defendants' Second Counterclaim**
**Declaratory Judgment of Patent Invalidity**

51.    In response to counterclaim paragraph 51 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 46 of Defendants' Counterclaims as if fully set forth herein.

52.    Aqua Products denies the allegations set forth in counterclaim paragraph 52 of Defendants' Counterclaims.

53.    Aqua Products denies the allegations set forth in counterclaim paragraph 53 of Defendants' Counterclaims.

54.    Aqua Products denies the allegations set forth in counterclaim paragraph 54 of Defendants' Counterclaims.

**Response to Defendants' Third, Fourth and Fifth Counterclaims**
**Violation of the Sherman Act § 2 and Clayton Act §§ 4, 16**

55.     In response to counterclaim paragraphs 55 through 66 of Defendants' Counterclaims, Aqua Products states that in lieu of substantively responding to defendants' third, fourth and fifth counterclaims it has sought to dismiss those claims pursuant to Fed. R. Civ. P. 12(b)(6) which motion has been filed concurrently herewith. Aqua Products reserves its right to reply to defendants' third, fourth and fifth counterclaims, if necessary, following the Court's ruling on the aforementioned motion to dismiss.

**Response to Defendants' Sixth Counterclaim**
**Cyberpiracy Pursuant to 15 U.S.C. § 1125(d)**

56.     In response to counterclaim paragraph 67 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 46 of Defendants' Counterclaims as if fully set forth herein.

57.     Aqua Products denies the allegations set forth in counterclaim paragraph 68 of Defendants' Counterclaims.

58.     Aqua Products denies the allegations set forth in counterclaim paragraph 69 of Defendants' Counterclaims.

59.     Aqua Products denies the allegations set forth in counterclaim paragraph 70 of Defendants' Counterclaims.

60.     Aqua Products denies the allegations set forth in counterclaim paragraph 71 of Defendants' Counterclaims.

61.     Aqua Products denies the allegations set forth in counterclaim paragraph 72 of Defendants' Counterclaims.

**Response to Defendants' Seventh Counterclaim**
**Product Disparagement / Trade Libel**

62.     In response to counterclaim paragraphs 73 through 77 of Defendants' Counterclaims, Aqua Products states that in lieu of substantively responding to defendants' seventh counterclaim it has sought to dismiss that claim pursuant to Fed. R. Civ. P. 12(b)(6) which motion has been filed concurrently herewith.  Aqua Products reserves its right to reply to defendants' seventh counterclaim, if necessary, following the Court's ruling on the aforementioned motion to dismiss.

**Response to Defendants' Eight Counterclaim**
**Trademark Infringement Pursuant to 15 U.S.C. § 1114**

63.     In response to counterclaim paragraph 78 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 46 of Defendants' Counterclaims as if fully set forth herein.

64.     Aqua Products denies the allegations set forth in counterclaim paragraph 79 of Defendants' Counterclaims.

65.     Aqua Products denies the allegations set forth in counterclaim paragraph 80 of Defendants' Counterclaims.

66.     Aqua Products denies the allegations set forth in counterclaim paragraph 81 of Defendants' Counterclaims.

67.     Aqua Products denies the allegations set forth in counterclaim paragraph 82 of Defendants' Counterclaims.

68.     Aqua Products denies the allegations set forth in counterclaim paragraph 83 of Defendants' Counterclaims.

**Response to Defendants' Ninth Counterclaim**
**False Designation of Origin Pursuant to 15 U.S.C. § 1125(a)**

69. In response to counterclaim paragraph 84 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 46 of Defendants' Counterclaims as if fully set forth herein.

70. Aqua Products denies the allegations set forth in counterclaim paragraph 85 of Defendants' Counterclaims.

71. Aqua Products denies the allegations set forth in counterclaim paragraph 86 of Defendants' Counterclaims.

72. Aqua Products denies the allegations set forth in counterclaim paragraph 87 of Defendants' Counterclaims.

73. Aqua Products denies the allegations set forth in counterclaim paragraph 88 of Defendants' Counterclaims.

**Response to Defendants' Tenth Counterclaim**
**False Designation of Origin Pursuant to 15 U.S.C. § 1125(a)**

74. In response to counterclaim paragraph 89 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 46 of Defendants' Counterclaims as if fully set forth herein.

75. Aqua Products denies the allegations set forth in counterclaim paragraph 90 of Defendants' Counterclaims.

76. Aqua Products denies the allegations set forth in counterclaim paragraph 91 of Defendants' Counterclaims.

77. Aqua Products denies the allegations set forth in counterclaim paragraph 92 of Defendants' Counterclaims.

78. Aqua Products denies the allegations set forth in counterclaim paragraph 93 of Defendants' Counterclaims.

79.    Aqua Products denies the allegations set forth in counterclaim paragraph 94 of Defendants' Counterclaims.

**Response to Defendants' Eleventh Counterclaim**
**False or Misleading Descriptions or Representations**
**of Fact Pursuant to 15 U.S.C. § 1125(a)**

80.    In response to counterclaim paragraph 95 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 46 of Defendants' Counterclaims as if fully set forth herein.

81.    Aqua Products denies the allegations set forth in counterclaim paragraph 96 of Defendants' Counterclaims.

82.    Aqua Products denies the allegations set forth in counterclaim paragraph 97 of Defendants' Counterclaims.

83.    Aqua Products denies the allegations set forth in counterclaim paragraph 98 of Defendants' Counterclaims.

84.    Aqua Products denies the allegations set forth in counterclaim paragraph 99 of Defendants' Counterclaims.

85.    Aqua Products denies the allegations set forth in counterclaim paragraph 100 of Defendants' Counterclaims.

**Response to Defendants' Twelfth Counterclaim**
**Trademark Infringement Pursuant to New Jersey Statute § 56:3-13.16**

86.    In response to counterclaim paragraph 101 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 46 of Defendants' Counterclaims as if fully set forth herein.

87.    In response to counterclaim paragraph 102 of Defendants' Counterclaims, Aqua Products states that the paragraph seeks a legal conclusion and therefore no response is required. To the extent a response is deemed necessary, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in the counterclaim paragraph 102 and therefore denies the same.

-12-

88.     Aqua Products denies the allegations set forth in counterclaim paragraph 103 of Defendants' Counterclaims.

89.     Aqua Products denies the allegations set forth in counterclaim paragraph 104 of Defendants' Counterclaims.

90.     Aqua Products denies the allegations set forth in counterclaim paragraph 105 of Defendants' Counterclaims.

91.     Aqua Products denies the allegations set forth in counterclaim paragraph 106 of Defendants' Counterclaims.

92.     Aqua Products denies the allegations set forth in counterclaim paragraph 107 of Defendants' Counterclaims.

**Response to Defendants' Thirteenth Counterclaim**
**Unfair Competition Pursuant to New Jersey Statute § 56:4-1**

93.     In response to counterclaim paragraph 108 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 46 of Defendants' Counterclaims as if fully set forth herein.

94.     In response to counterclaim paragraph 109 of Defendants' Counterclaims, Aqua Products states that the paragraph seeks a legal conclusion and therefore no response is required. To the extent a response is deemed necessary, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in the counterclaim paragraph 109 and therefore denies the same.

95.     Aqua Products denies the allegations set forth in counterclaim paragraph 110 of Defendants' Counterclaims.

96.     Aqua Products denies the allegations set forth in counterclaim paragraph 111 of Defendants' Counterclaims.

97.     Aqua Products denies the allegations set forth in counterclaim paragraph 112 of Defendants' Counterclaims.

98.     Aqua Products denies the allegations set forth in counterclaim paragraph 113 of Defendants' Counterclaims.

99.     Aqua Products denies the allegations set forth in counterclaim paragraph 114 of Defendants' Counterclaims.

100.    Aqua Products denies the allegations set forth in counterclaim paragraph 115 of Defendants' Counterclaims.

**Response to Defendants' Fourteenth Counterclaim**
**<u>Unfair Competition Pursuant to Common Law</u>**

101.    In response to counterclaim paragraph 116 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 46 of Defendants' Counterclaims as if fully set forth herein.

102.    In response to counterclaim paragraph 117 of Defendants' Counterclaims, Aqua Products states that the paragraph seeks a legal conclusion and therefore no response is required. To the extent a response is deemed necessary, Aqua Products states that it is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations set forth in the counterclaim paragraph 117 and therefore denies the same.

103.    Aqua Products denies the allegations set forth in counterclaim paragraph 118 of Defendants' Counterclaims.

104.    Aqua Products denies the allegations set forth in counterclaim paragraph 119 of Defendants' Counterclaims.

105.    Aqua Products denies the allegations set forth in counterclaim paragraph 120 of Defendants' Counterclaims.

106.    Aqua Products denies the allegations set forth in counterclaim paragraph 121 of Defendants' Counterclaims.

107.    Aqua Products denies the allegations set forth in counterclaim paragraph 122 of Defendants' Counterclaims.

108.    Aqua Products denies the allegations set forth in counterclaim paragraph 123 of Defendants' Counterclaims.

**Response to Defendants' Fifteenth Counterclaim**
**Declaratory Judgment of Patent Infringement**

109.    In response to counterclaim paragraph 124 of Defendants' Counterclaims, Aqua Products repeats and incorporates by reference its foregoing responses to counterclaim paragraphs 1 through 123 of Defendants' Counterclaims as if fully set forth herein and further states that in lieu of substantively responding to defendants' fifteenth counterclaim it has sought to dismiss that claim pursuant to Fed. R. Civ. P. 12(b)(6) which motion has been filed concurrently herewith. Aqua Products reserves its right to reply to defendants' fifteenth counterclaim, if necessary, following the Court's ruling on the aforementioned motion to dismiss.

## AFFIRMATIVE DEFENSES

1.    Defendants' counterclaims fail to state a claim upon which relief can be granted.

2.    Defendants have failed to plead fraud with the particularity required by Fed. R. Civ. P. 9(b).

3.    Defendants' counterclaims are barred, in whole or in part, by their own unclean hands.

4.    Defendants' counterclaims are barred, in whole or in part, under the doctrine of laches.

5.    Defendants' counterclaims are barred, in whole or in part, by the applicable statute of limitations.

6.    Defendants' counterclaim for false advertising is barred because Aqua Products' advertisements and marketing materials are truthful.

**WHEREFORE**, Aqua Products, Porat and Erlich pray the Court to enter judgment against defendants/counterclaim-plaintiffs as follows:

1.    That defendants' counterclaims be dismissed with prejudice; and

2.    That the Court grant plaintiff/counterclaim-defendants such other and further relief as it may deem just and proper.

Dated: March 16, 2006                         **SHAPIRO & CROLAND**

/s/ Robert P. Shapiro
Robert P. Shapiro (RPS-1631)
David O. Marcus (DOM-3405)
Continental Plaza II
411 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-3900
(201) 488-9481 (facsimile)

**ABELMAN FRAYNE & SCHWAB**
Jeffrey A. Schwab (JAS-9592)
Michael Aschen (MA-6336)
Anthony J. DiFilippi (AJD-7870)
666 Third Avenue
New York, New York 10017
(212) 949-9022

*Counsel for Plaintiff and
Counterclaim Defendants*